IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT T. CARLISLE, | ) CIVIL DIVISION |
| | ) |
| Plaintiff | ) C.A. No. 04-25 Erie |
| | ) |
| v. | ) |
| | ) Judge Gary Lancaster |
| BARTONY, HARE & EDSON; SCOTT M. HARE, ESQUIRE; HENRY E. BARTONY, JR., ESQUIRE; and JOHN JOY EDSON, V., ESQUIRE, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## CONSENT MOTION TO EXTEND DISCOVERY

AND NOW, comes the defendants by and through their Attorneys, Weinheimer, Schadel & Haber, P.C., files the following Consent Motion to Extend Discovery:

1. The plaintiff commenced this action to recover damages as a result of alleged legal malpractice.

2. Discovery in this matter is scheduled to expire on October 31, 2005.

3. The defendants have exchanged documents, engaged in extensive written discovery and conducted numerous depositions.

4. The parties will be unable to complete the necessary depositions by the scheduled end of discovery on October 31, 2005.

5. The parties request an extension of discovery through February 28, 2006.

6. The plaintiff consents to the within Motion.

WHEREFORE, the defendants respectfully request that their Motion to Extend Discovery be granted.

                                                Respectfully submitted,

                                                WEINHEIMER, SCHADEL & HABER, P.C.

                                                By /s/ David L. Haber                                 .
                                                    David L. Haber
                                                    Pa. I.D. No. 39574

                                                    602 Law & Finance Building
                                                    429 Fourth Avenue
                                                    Pittsburgh, PA  15219
                                                    (412) 765-3399