IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT T. CARLISLE, | ) CIVIL DIVISION |
| | ) |
| Plaintiff | ) C.A. No. 04-25 Erie |
| | ) |
| v. | ) |
| | ) Judge Gary Lancaster |
| BARTONY, HARE & EDSON; SCOTT M. HARE, ESQUIRE; HENRY E. BARTONY, JR., ESQUIRE; and JOHN JOY EDSON, V., ESQUIRE, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## **ORDER OF COURT**

     AND NOW, to-wit, this _____ day of _____, 2005, upon consideration of the foregoing Motion; it is hereby Ordered that discovery in this matter is extended through February 28, 2006; it is further Ordered that the post-discovery status conference is rescheduled to _____, 2006.

                                                     BY THE COURT:

                                          _____, J.