IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT T. CARLISLE, | ) CIVIL DIVISION |
| | ) |
| Plaintiff | ) C.A. No. 04-25 Erie |
| | ) |
| v. | ) |
| | ) Judge Gary Lancaster |
| BARTONY, HARE & EDSON; SCOTT | ) |
| M. HARE, ESQUIRE; HENRY E. | ) |
| BARTONY, JR., ESQUIRE; and JOHN | ) |
| JOY EDSON, V., ESQUIRE, | ) |
| | ) |
| Defendants. | ) |

**ORDER OF COURT**

AND NOW, this 11th day of October, 2005, upon consideration of the parties' Consent

Motion, IT IS HEREBY ORDERED that the motion is granted and discovery in this matter

is extended through February 28, 2006 and the post-discovery status conference is rescheduled to

Friday, March 10, 2006 at 9:30 a.m.. THERE WILL BE NO FURTHER EXTENSION GRANTED.

BY THE COURT:

_____, J.