IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT T. CARLISLE, Plaintiff ) | |
| ) | |
| VS. ) | NO. 04-25 ERIE |
| ) | |
| BARTONY, HARE & EDSON; SCOTT M. ) | |
| HARE, ESQUIRE; HENRY E. BARTONY, ) | |
| JR., ESQUIRE; and JOHN JOY V. ) | |
| EDSON, ESQUIRE, Defendants ) | |

**CONSENT MOTION TO RESCHEDULE POST DISCOVERY STATUS CONFERENCE**

Plaintiff, Albert T. Carlisle, by his attorneys Conner Riley & Fryling files the following Consent Motion to Reschedule Post Discovery Status Conference:

1. The plaintiff commenced the above captioned action to recover damages as a result of defendants alleged malpractice.

2. By Order of court dated October 11, 2005, the court extended discovery through February 28, 2006 and scheduled the post discovery status conference to March 10, 2006 at 9:30 a.m. A copy of the order is attached hereto as Exhibit A.

3. Counsel for plaintiff, Andrew J. Conner is required to be out of the state on that date.

4. Counsel for both plaintiff and defendant are available the following week on March 13, 15, 16 and 17 as well as the following week on March 20 and March 21, 2006.

5. It is also believed that rescheduling the post discovery status conference as set forth above will provide counsel for the parties time to receive and review the last set of deposition transcripts in anticipation of the post discovery status conference.

1

6.  The defendant consents to within motion.

Wherefore, plaintiff respectfully requests this Honorable Court to grant its motion to reschedule the post discovery status conference in the above matter.

Respectfully submitted,

By___/s/ James R. Fryling_____
    Andrew J. Conner
    James R. Fryling
    Conner Riley & Fryling
    17 West Tenth Street
    P.O. Box 860
    Erie, PA 16512-0860
    (814) 453-3343
    Attorneys for Plaintiff Albert T. Carlisle

Date:  February __21__ , 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT T. CARLISLE, | ) CIVIL DIVISION |
| | ) |
| Plaintiff | ) C.A. No. 04-25 Erie |
| | ) |
| v. | ) |
| | ) Judge Gary Lancaster |
| BARTONY, HARE & EDSON; SCOTT M. HARE, ESQUIRE; HENRY E. BARTONY, JR., ESQUIRE; and JOHN JOY EDSON, V., ESQUIRE, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this 11th day of October, 2005, upon consideration of the parties' Consent Motion, IT IS HEREBY ORDERED that the motion is granted and discovery in this matter is extended through February 28, 2006 and the post-discovery status conference is rescheduled to Friday, March 10, 2006 at 9:30 a.m.. THERE WILL BE NO FURTHER EXTENSION GRANTED.

BY THE COURT:

_____, J.


EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALBERT T. CARLISLE, Plaintiff | ) | |
| | ) | |
| VS. | ) | NO. 04-25 ERIE |
| | ) | |
| | ) | |
| BARTONY, HARE & EDSON; SCOTT M. HARE, ESQUIRE; HENRY E. BARTONY, JR., ESQUIRE; and JOHN JOY V. EDSON, ESQUIRE, Defendants | ) ) ) ) | |

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the __21st__ day of February 2006, a copy of the within document was duly served on all counsel of record and/or unrepresented parties by mailing the same to them at their designated offices by first class United States mail, postage prepaid, or by personal service/courthouse box.

_____/s/ James R. Fryling_____
James R. Fryling