IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALBERT T. CARLISLE, Plaintiff | ) | |
| | ) | |
| VS. | ) | NO. 04-25 ERIE |
| | ) | |
| | ) | |
| BARTONY, HARE & EDSON; SCOTT M. HARE, ESQUIRE; HENRY E. BARTONY, JR., ESQUIRE; and JOHN JOY V. EDSON, ESQUIRE, Defendants | ) ) ) ) | |

### ORDER

And now, to wit, this _____ day of February 2006, upon consideration of the forgoing motion; it is hereby ordered that the post discovery status conference is rescheduled from March 10, 2006 at 9:30 a.m. to March \_\_\_\_, 2006 at \_\_\_\_\_.

By the Court,

_____
J.