IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT T. CARLISLE, Plaintiff | ) |
| | ) |
| VS. | ) NO. 04-25 ERIE |
| | ) |
| BARTONY, HARE & EDSON; SCOTT M. HARE, ESQUIRE; HENRY E. BARTONY, JR., ESQUIRE; and JOHN JOY V. EDSON, ESQUIRE, Defendants | ) |

**ORDER**

And now, to wit, this 21st day of February 2006, upon consideration of the forgoing motion; it is hereby ordered that the post discovery status conference is rescheduled from March 10, 2006 at 9:30 a.m. to March 17, 2006 at 9:30 AM.

By the Court

_____
J.