IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALBERT T. CARLISLE )
)
)
Plaintiff )
vs. )  C.A. 04-25 ERIE
BARTONY, EDSON & HARE, ET AL. )
)
)
Defendant )

**HEARING ON**  STATUS CONFERENCE

Before  JUDGE GARY L. LANCASTER

JAMES FRYLING, ESQ.                                DAVID HABER, ESQ.

Appear for Plaintiff                                Appear for Defendant

Hearing Begun  3/17/06 At 9:30 AM          Hrg Adjourned to

Hrg concluded C.A.V.  3/17/06 @ 9:53 AM    Stenographer  KAREN EARLEY

**WITNESSE**

For Plaintiff                                       For Defendant

Parties to file Summary Judgment Motions w/in 45 days (5-1-06);

Responses Due 45 days Thereafter (6-15-06)