IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT T. CARLISLE, | ) CIVIL DIVISION |
| Plaintiff | ) C.A. No. 04-25 Erie |
| v. | ) Judge Gary Lancaster |
| BARTONY, HARE & EDSON; SCOTT M. HARE, ESQUIRE; HENRY E. BARTONY, JR., ESQUIRE; and JOHN JOY EDSON, V., ESQUIRE, | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2006, upon consideration of the within Motion For Summary Judgment, it is hereby ORDERED and DECREED that said Motion is GRANTED. Summary Judgment is entered in favor of the Defendants and the claims against them are dismissed.

BY THE COURT

_____ J.