CLOSED

# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
### CIVIL DOCKET FOR CASE #: 2:95-cv-00376-GLL

CARLISLE v. MATSON LUMBER CO, et al  
Assigned to: Judge Gary L. Lancaster  
Demand: $0  
Cause: 28:1332 Diversity-Contract Dispute

Date Filed: 03/13/1995  
Jury Demand: Plaintiff  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity

**Plaintiff**

**ALBERT T. CARLISLE**　　　　　　　　represented by **John J. Edson**  
　　　　　　　　　　　　　　　　　　　　　　　　　　Swensen, Perer & Kontos  
　　　　　　　　　　　　　　　　　　　　　　　　　　One Oxford Centre  
　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 2501  
　　　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219  
　　　　　　　　　　　　　　　　　　　　　　　　　　(412) 281-1970  
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*  
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Scott Michael Hare**  
　　　　　　　　　　　　　　　　　　　　　　　　　　Bartony & Hare  
　　　　　　　　　　　　　　　　　　　　　　　　　　429 Fourth Avenue  
　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 1801, Law & Finance Building  
　　　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219  
　　　　　　　　　　　　　　　　　　　　　　　　　　(412) 338-8632  
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: smhare@bartlaw.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*  
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MATSON LUMBER CO**　　　　　　　　represented by **Chester S. Fossee**  
　　　　　　　　　　　　　　　　　　　　　　　　　　Reale & Fossee  
　　　　　　　　　　　　　　　　　　　　　　　　　　800 Cranberry Woods Drive  
　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 450  
　　　　　　　　　　　　　　　　　　　　　　　　　　Cranberry Township, PA 16066  
　　　　　　　　　　　　　　　　　　　　　　　　　　(724) 772-9840  
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*  
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**MATSON HARDWOODS, INC.**　　　represented by **Chester S. Fossee**  
　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)  
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*  
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*



| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/1995 | 1 | COMPLAINT with summons issued; jury demand Filing Fee $120.00 Receipt #146815 (plh) (Entered: 03/13/1995) |
| 03/14/1995 | 2 | ORDER REFERRING CASE to Mag. Judge Ila J. Sensenich for all pretrial proceedings. (signed by Judge Gary L. Lancaster on 3/14/95) CM all parties of record. (plh) (Entered: 03/14/1995) |
| 04/13/1995 | 3 | NOTICE of Attorney Appearance for MATSON LUMBER CO, MATSON HARDWOODS by Chester S. Fossee (plh) (Entered: 04/13/1995) |
| 04/19/1995 | 4 | Stipulation by ALBERT T. CARLISLE, MATSON LUMBER CO, MATSON HARDWOODS Extending Time for defts' to respond to pltf's complaint with proposed order. (plh) (Entered: 04/19/1995) |
| 04/19/1995 |  | Minute entry:, set Answer deadline to 5/15/95 for MATSON HARDWOODS, for MATSON LUMBER CO (plh) (Entered: 04/19/1995) |
| 05/01/1995 |  | ORDER upon motion granting [4-1] stipulation Extending Time for defts' to respond to pltf's complaint, reset Answer deadline to 5/15/95 for MATSON HARDWOODS, for MATSON LUMBER CO (signed by Mag. Judge Ila J. Sensenich on 4/27/95) CM all parties of record. (plh) (Entered: 05/01/1995) |
| 05/15/1995 | 5 | ANSWER to Complaint and COUNTERCLAIM by MATSON LUMBER CO, MATSON HARDWOODS against ALBERT T. CARLISLE. (plh) (Entered: 05/15/1995) |
| 06/19/1995 | 6 | Stipulation by ALBERT T. CARLISLE, MATSON LUMBER CO, MATSON HARDWOODS for Protective Order with proposed order. (plh) (Entered: 06/19/1995) |
| 06/23/1995 |  | ORDER upon motion granting [6-1] stipulation for Protective Order as stated more fully in order. (signed by Mag. Judge Ila J. Sensenich on 6/22/95) CM all parties of record. (plh) (Entered: 06/23/1995) |
| 06/26/1995 | 7 | ANSWER by ALBERT T. CARLISLE to [5-2] counter claim by MATSON HARDWOODS, MATSON LUMBER CO (plh) (Entered: 06/26/1995) |
| 06/30/1995 | 8 | ORDER, Rule 16.1 Conference Deadline set for 10:00 8/1/95 (signed by Mag. Judge Ila J. Sensenich on 6/30/95) CM all parties of record. (plh) (Entered: 06/30/1995) |
| 08/01/1995 | 9 | Rule 16.1. Conference held before Mag. Judge Ila J. Sensenich [Reporter: none] (plh) (Entered: 08/01/1995) |
| 08/01/1995 | 10 | CASE MANAGEMENT ORDER setting Discovery cutoff on 12/1/95; Pretrial Statements for Plaintiffs due 12/22/95; Pretrial Statements for Defendants due 1/19/96; Pretrial Stipulation due 3/15/96; Motion Filing deadline due 3/15/95; Expert Witness qualifications due 2/26/96 (signed by Mag. Judge Ila J. Sensenich on 8/1/95) CM all parties of record. (plh) (Entered: 08/01/1995) |
| 10/12/1995 | 11 | JOINT MOTION by ALBERT T. CARLISLE, MATSON LUMBER CO to Extend Time for discovery, with Proposed Order. (tt) (Entered: 10/12/1995) |
| 10/18/1995 |  | w/Document No. 11 ORDER, reset Discovery Plan deadline to 11/10/95 (signed by Mag. Judge Ila J. Sensenich on 10/17/95) CM all parties of record. (plh) Modified on 10/18/1995 (Entered: 10/18/1995) |

| | | |
|---|---|---|
| 11/09/1995 | 12 | PROPOSED DISCOVERY PLAN by parties. (plh) (Entered: 11/14/1995) |
| 11/14/1995 | | ORDER upon motion granting [11-1] joint motion to Extend Time for discovery, Pretrial Order Deadlines: Discovery cutoff on 2/5/96; Pretrial Statements for Plaintiffs due 2/26/96; Pretrial Statements for Defendants due 3/18/96; Pretrial Stipulation due 4/15/96; Motion Filing deadline due 4/15/96; Expert Witness qualifications due 3/29/96 (signed by Mag. Judge Ila J. Sensenich on 11/13/96) CM all parties of record. (plh) (Entered: 11/14/1995) |
| 02/27/1996 | 13 | MOTION by ALBERT T. CARLISLE to Extend Time to file Pretrial Narrative Statement with Proposed Order. (plh) (Entered: 02/27/1996) |
| 03/01/1996 | | ORDER upon motion granting [13-1] motion to Extend Time to file Pretrial Narrative Statement, reset Pretrial Order Deadlines: Pretrial Statements for Plaintiffs due 3/22/96; Pretrial Statements for Defendants due 4/12/96; Pretrial Stipulation due 4/29/96; Motion Filing deadline due 4/29/96 ; (signed by Mag. Judge Ila J. Sensenich on 2/29/96) CM all parties of record. (plh) (Entered: 03/01/1996) |
| 03/22/1996 | 14 | PRETRIAL STATEMENT by ALBERT T. CARLISLE (plh) (Entered: 03/25/1996) |
| 04/12/1996 | 15 | PRETRIAL STATEMENT by MATSON LUMBER CO, MATSON HARDWOODS (plh) (Entered: 04/12/1996) |
| 04/29/1996 | 16 | MOTION by MATSON LUMBER CO, MATSON HARDWOODS for Summary Judgment with Proposed Order. (plh) (Entered: 04/29/1996) |
| 04/29/1996 | 17 | MOTION by ALBERT T. CARLISLE for Summary Judgment with Proposed Order. (plh) (Entered: 04/30/1996) |
| 04/29/1996 | 18 | BRIEF by ALBERT T. CARLISLE in support of [16-1] motion for Summary Judgment by MATSON HARDWOODS, MATSON LUMBER CO (plh) (Entered: 04/30/1996) |
| 04/29/1996 | 19 | EXHIBITS by ALBERT T. CARLISLE in support of [16-1] motion for Summary Judgment by MATSON HARDWOODS, MATSON LUMBER CO (plh) (Entered: 04/30/1996) |
| 05/23/1996 | 20 | ORDER, Brief in Support set to 6/13/96 for [16-1] motion for Summary Judgment , Brief in Opposition set to 7/3/96 for [16-1] motion for Summary Judgment , Response to Motion set to 7/3/96 for [16-1] motion for Summary Judgment . (signed by Mag. Judge Ila J. Sensenich on 5/23/96) CM all parties of record. (plh) (Entered: 05/23/1996) |
| 06/13/1996 | 21 | BRIEF by MATSON LUMBER CO, MATSON HARDWOODS in support of [16-1] motion for Summary Judgment by MATSON HARDWOODS, MATSON LUMBER CO (crw) (Entered: 06/13/1996) |
| 07/03/1996 | 22 | BRIEF by MATSON LUMBER CO, MATSON HARDWOODS in opposition to [17-1] motion for Summary Judgment by ALBERT T. CARLISLE (crw) (Entered: 07/03/1996) |
| 07/03/1996 | 23 | BRIEF by ALBERT T. CARLISLE in opposition to [16-1] motion for Summary Judgment by MATSON HARDWOODS, MATSON LUMBER CO (crw) (Entered: 07/05/1996) |

| Date | # | Description |
|---|---|---|
| 07/10/1996 | 24 | AFFIDAVIT by ALBERT T. CARLISLE Re: [23-1] brief in opposition by ALBERT T. CARLISLE (plh) (Entered: 07/10/1996) |
| 08/19/1996 | 25 | AFFIDAVIT by MATSON LUMBER CO, MATSON HARDWOODS Re: [16-1] motion for Summary Judgment by MATSON HARDWOODS, MATSON LUMBER CO (plh) (Entered: 08/19/1996) |
| 11/13/1996 | 26 | REPORT AND RECOMMENDATION of Mag. Judge Ila J. Sensenich signed on 11/13/96 Recommending that [16-1] defts' motion for Summary Judgment be granted with respect to the trespass claim in Count V of the complaint and denied on other counts; denied, [17-1] pltf's motion for Summary Judgment be denied with respect to Counts I, II, IV, VI, VII and VIII of complaint and Counts I-III of counterclaim; The parties have 10 days from the date of service to file objections to this Report and Recommendation. (crw) (Entered: 11/13/1996) |
| 11/15/1996 | 27 | MOTION by MATSON LUMBER CO, MATSON HARDWOODS to Extend Time to file objections with Proposed Order. (crw) (Entered: 11/15/1996) |
| 11/20/1996 | | ORDER upon motion granting [27-1] motion to Extend Time to file objections, Objections reset to 12/9/96 for [26-1] report and recommendations . (signed by Mag. Judge Ila J. Sensenich on 11/19/96) CM all parties of record. (plh) (Entered: 11/20/1996) |
| 12/13/1996 | 28 | ORDER granting in part, denying in part with respect to Counts I-IV, and VI-X of the complaint [16-1] motion for Summary Judgment, denying [17-1] motion for Summary Judgment with respect to Counts, I, II, IV, VI, VII and VIII of the complaint; adopting [26-1] report and recommendations . (signed by Judge Gary L. Lancaster on 12/13/96) CM all parties of record. (plh) (Entered: 12/13/1996) |
| 01/03/1997 | 29 | ORDER, set Pretrial Stipulations deadline for 1/23/97 ( signed by Judge Maurice B. Cohill Jr. for Sensenich, MJ on 1/2/97 ) CM all parties of record. (crw) (Entered: 01/03/1997) |
| 01/24/1997 | 30 | JOINT MOTION by ALBERT T. CARLISLE, MATSON LUMBER CO, MATSON HARDWOODS to Extend Time for parties to file pretrial stipulation with Proposed Order. (plh) (Entered: 01/24/1997) |
| 01/29/1997 | | ORDER upon motion granting [30-1] joint motion to Extend Time for parties to file pretrial stipulation, set Pretrial Stipulations deadline for 2/24/97 . (signed by Mag. Judge Ila J. Sensenich on 1/28/97) CM all parties of record. (plh) (Entered: 01/29/1997) |
| 02/24/1997 | 31 | JOINT MOTION by ALBERT T. CARLISLE, MATSON LUMBER CO, MATSON HARDWOODS to Extend Time for parties to file Pretrial Stipulation with Proposed Order. (plh) (Entered: 02/24/1997) |
| 02/27/1997 | | ORDER upon motion granting [31-1] joint motion to Extend Time for parties to file Pretrial Stipulation, reset Pretrial Stipulations deadline for 3/17/97 . (signed by Mag. Judge Ila J. Sensenich on 2/26/97) CM all parties of record. (plh) (Entered: 02/27/1997) |
| 03/17/1997 | 32 | JOINT Pretrial stipulation by ALBERT T. CARLISLE, MATSON LUMBER CO, MATSON HARDWOODS (plh) (Entered: 03/17/1997) |
| 03/20/1997 | 33 | ORDER REFERRING CASE BACK to Judge Gary L. Lancaster, for trial or such other procedures as the court deems proper. (signed by Mag. Judge Ila J. Sensenich on 3/19/97) CM all parties of record. (plh) (Entered: 03/20/1997) |

| | | |
|---|---|---|
| 05/07/1997 | 34 | SUPPLEMENT by ALBERT T. CARLISLE to [14-1] pre-trial statement by ALBERT T. CARLISLE (plh) (Entered: 05/08/1997) |
| 05/22/1997 | 35 | MOTION by MATSON LUMBER CO, MATSON HARDWOODS to Strike [34-1] supplement by ALBERT T. CARLISLE with Proposed Order. (plh) (Entered: 05/22/1997) |
| 06/02/1997 | 36 | MOTION by ALBERT T. CARLISLE to Refer this Action to Court Annexed Medication pursuant to Local Rule 16.3 with Proposed Order. (plh) (Entered: 06/02/1997) |
| 06/02/1997 | 37 | BRIEF by ALBERT T. CARLISLE in opposition to [35-1] motion to Strike [34-1] supplement by ALBERT T. CARLISLE by MATSON HARDWOODS, MATSON LUMBER CO (plh) (Entered: 06/02/1997) |
| 06/10/1997 | | ORDER upon motion granting [36-1] motion to Refer this Action to Court Annexed Mediation pursuant to Local Rule 16.3; that Nora Barry Fischer, Esq. is appointed as an Adjunct Settlement Judge herein and shall conduct the mediation of this action, the Clerk of Court shall forthwith schedule this case for such mediation in accord with Local Rule 16.3.4.(A). (signed by Judge Gary L. Lancaster on 6/10/97) CM all parties of record. (plh) (Entered: 06/11/1997) |
| 06/10/1997 | 38 | Mediation/Neutral Evaluation Conference set for 1:00 6/23/97 (plh) (Entered: 06/11/1997) |
| 07/03/1997 | 39 | Mediation/Neutral Evaluation Conference held on 6/23/97 Settlement has not been reached. (plh) (Entered: 07/03/1997) |
| 07/31/1997 | 40 | STIPULATION of dismissal with proposed order. (plh) (Entered: 07/31/1997) |
| 08/01/1997 | | ORDER upon motion granting [40-1] dismissal stipulation as to Defts' Counterclaim with prejudice and without costs as stated more fully in order. (signed by Judge Gary L. Lancaster on 7/31/97) CM all parties of record. (plh) (Entered: 08/04/1997) |
| 08/13/1997 | | ORDER upon motion denying [35-1] motion to Strike [34-1] supplement by ALBERT T. CARLISLE; deft's motion to strike portions of the expert's testimony is denied without prejudice to deft's raising there issues in motion in limine. (signed by Judge Gary L. Lancaster on 8/12/97) CM all parties of record. (plh) Modified on 03/04/1998 (Entered: 08/13/1997) |
| 08/13/1997 | 41 | ORDER, set Pretrial Conference for 10:00 8/28/97, set Jury Trial for 9:30 11/10/97. (signed by Judge Gary L. Lancaster on 8/13/97) CM all parties of record. (plh) (Entered: 08/13/1997) |
| 08/15/1997 | 42 | MOTION by MATSON LUMBER CO, MATSON HARDWOODS to Extend Time with Proposed Order. (plh) (Entered: 08/15/1997) |
| 08/18/1997 | | ORDER upon motion granting [42-1] motion to Extend Time, reset Defendants Pretrial Statements deadline for 9/30/97, reset Pretrial Conference for 9:30 10/31/97. (signed by Judge Gary L. Lancaster on 8/18/97) CM all parties of record. (plh) (Entered: 08/18/1997) |
| 10/03/1997 | 43 | SUPPLEMENT by MATSON LUMBER CO, MATSON HARDWOODS to [15-1] pre-trial statement by MATSON HARDWOODS, MATSON LUMBER CO (crw) (Entered: 10/03/1997) |
| | | |

| Date | # | Entry |
|---|---|---|
| 10/22/1997 | 44 | MOTION by MATSON LUMBER CO, MATSON HARDWOODS to continue the Trial with Proposed Order. (plh) (Entered: 10/22/1997) |
| 10/22/1997 | 45 | RESPONSE by ALBERT T. CARLISLE to [44-1] motion to continue the Trial by MATSON HARDWOODS, MATSON LUMBER CO (plh) (Entered: 10/22/1997) |
| 10/31/1997 | 46 | MOTION by MATSON LUMBER CO, MATSON HARDWOODS in Limine to exclude damages not calculated or identified in pretrial statements with Proposed Order. (crw) (Entered: 10/31/1997) |
| 10/31/1997 | 47 | BRIEF by MATSON LUMBER CO, MATSON HARDWOODS in support of [46-1] motion in Limine to exclude damages not calculated or identified in pretrial statements by MATSON HARDWOODS, MATSON LUMBER CO (crw) (Entered: 10/31/1997) |
| 10/31/1997 | 48 | MOTION by MATSON LUMBER CO, MATSON HARDWOODS in Limine to preclude expert testimony of consulting Forester James Hall with Proposed Order. (crw) (Entered: 10/31/1997) |
| 10/31/1997 | 49 | BRIEF by MATSON LUMBER CO, MATSON HARDWOODS in support of [48-1] motion in Limine to preclude expert testimony of consulting Forester James Hall by MATSON HARDWOODS, MATSON LUMBER CO (crw) (Entered: 10/31/1997) |
| 10/31/1997 | 50 | Pre-Trial Conference held before Judge Gary L. Lancaster [ Reporter: none ]; motion to continue trial orally granted; estimated trial length: 4-5 days; response to any motion in limine due by 11/14/97 (crw) (Entered: 10/31/1997) |
| 10/31/1997 | | Deadline updated; reset Jury Trial for 9:30 12/15/97 (crw) (Entered: 10/31/1997) |
| 11/10/1997 | 51 | RESPONSE by ALBERT T. CARLISLE to [46-1] motion in Limine to exclude damages not calculated or identified in pretrial statements by MATSON HARDWOODS, MATSON LUMBER CO (plh) (Entered: 11/12/1997) |
| 11/10/1997 | 52 | BRIEF by ALBERT T. CARLISLE in opposition to [48-1] motion in Limine to preclude expert testimony of consulting Forester James Hall by MATSON HARDWOODS, MATSON LUMBER CO (plh) (Entered: 11/12/1997) |
| 11/12/1997 | 53 | MOTION by MATSON LUMBER CO, MATSON HARDWOODS for Leave to File a Reply to Pltf's Reply and Brief in Opposition to Defts' Motion in Limine with Proposed Order. (plh) (Entered: 11/12/1997) |
| 11/13/1997 | | ORDER upon motion granting [53-1] motion for Leave to File a Reply to Pltf's Reply and Brief in Opposition to Defts' Motion in Limine, Brief in Opposition set to 11/24/97 for [48-1] motion in Limine to preclude expert testimony of consulting Forester James Hall, set to 11/24/97 for [46-1] motion in Limine to exclude damages not calculated or identified in pretrial statements . (signed by Judge Gary L. Lancaster on 11/13/97) CM all parties of record. (plh) (Entered: 11/13/1997) |
| 11/20/1997 | 54 | RESPONSE by MATSON LUMBER CO, MATSON HARDWOODS to [52-1] brief in opposition by ALBERT T. CARLISLE, [51-1] motion response by ALBERT T. CARLISLE (plh) (Entered: 11/20/1997) |
| 12/03/1997 | 55 | RESPONSE by ALBERT T. CARLISLE to [54-1] response by MATSON HARDWOODS, MATSON LUMBER CO (plh) (Entered: 12/03/1997) |

| | | |
|---|---|---|
| 12/08/1997 | 56 | MOTION by ALBERT T. CARLISLE to Quash Subpoena with Proposed Order. (plh) (Entered: 12/09/1997) |
| 12/09/1997 | 57 | MOTION by ALBERT T. CARLISLE to Schedule Pretrial Conference with Proposed Order. (plh) (Entered: 12/09/1997) |
| 12/09/1997 | 58 | MOTION by ALBERT T. CARLISLE in Limine to preclude argument regarding Defts' Merger with Proposed Order. (plh) (Entered: 12/10/1997) |
| 12/09/1997 | 59 | BRIEF by ALBERT T. CARLISLE in support of [58-1] motion in Limine to preclude argument regarding Defts' Merger by ALBERT T. CARLISLE (plh) (Entered: 12/10/1997) |
| 12/09/1997 | 60 | MOTION by ALBERT T. CARLISLE in Limine to exclude reference to Cows in the Streams with Proposed Order. (plh) (Entered: 12/10/1997) |
| 12/10/1997 | | ORDER upon motion granting [57-1] motion to Schedule Pretrial Conference, set Pretrial Conference for 9:30 12/12/97 . (signed by Judge Gary L. Lancaster on 12/9/97) CM all parties of record. (plh) (Entered: 12/10/1997) |
| 12/11/1997 | 61 | RESPONSE by MATSON LUMBER CO, MATSON HARDWOODS to [56-1] motion to Quash Subpoena by ALBERT T. CARLISLE (plh) (Entered: 12/11/1997) |
| 12/11/1997 | 62 | RESPONSE by MATSON LUMBER CO, MATSON HARDWOODS to [60-1] motion in Limine to exclude reference to Cows in the by ALBERT T. CARLISLE (plh) (Entered: 12/11/1997) |
| 12/11/1997 | 63 | RESPONSE by MATSON LUMBER CO, MATSON HARDWOODS to [58-1] motion in Limine to preclude argument regarding Defts' Merger by ALBERT T. CARLISLE (plh) (Entered: 12/11/1997) |
| 12/12/1997 | 64 | Pre-Trial Conference held on 12/12/97 before Judge Gary L. Lancaster [Reporter: William Weber ] (plh) (Entered: 12/15/1997) |
| 12/15/1997 | 65 | CONTRACT INTERPRETATION Jury instructions by ALBERT T. CARLISLE (plh) (Entered: 12/15/1997) |
| 12/15/1997 | 66 | ORDER of Jury Selection Procedure. (signed by Judge Gary L. Lancaster on 12/15/97) CM all parties of record. (plh) (Entered: 12/15/1997) |
| 12/15/1997 | | Jury Trial begins 12/15/97 before Judge Gary L. Lancaster (plh) (Entered: 12/17/1997) |
| 12/15/1997 | | ORDER granting in part, denying in part [70-1] motion for Reconsideration of Defts' Motion for Summary Judgment. (orally by Judge Gary L. Lancaster on 12/15/97) CM all parties of record. (plh) (Entered: 12/17/1997) |
| 12/16/1997 | 67 | PROPOSED Voir Dire Questions by MATSON LUMBER CO, MATSON HARDWOODS (plh) (Entered: 12/17/1997) |
| 12/16/1997 | 68 | Proposed Jury instructions by MATSON LUMBER CO, MATSON HARDWOODS (plh) (Entered: 12/17/1997) |
| 12/16/1997 | 69 | ADDENDUM by MATSON LUMBER CO, MATSON HARDWOODS in support of Non-Option Damages. (plh) (Entered: 12/17/1997) |
| 12/16/1997 | | Jury Trial continued 12/16/97 before Judge Gary L. Lancaster (plh) (Entered: |

| | | |
|---|---|---|
| | | 12/17/1997) |
| 12/16/1997 | 70 | MOTION by MATSON LUMBER CO, MATSON HARDWOODS for Reconsideration of Defts' Motion for Summary Judgment with Proposed Order. (plh) (Entered: 12/17/1997) |
| 12/16/1997 | 71 | BRIEF by MATSON LUMBER CO, MATSON HARDWOODS in support of [70-1] motion for Reconsideration of Defts' Motion for Summary Judgment by MATSON HARDWOODS, MATSON LUMBER CO (plh) (Entered: 12/17/1997) |
| 12/16/1997 | | ORDER upon motion granting [72-1] dismissal stipulation pursuant to Rule 41 (a)(1)(ii) of the FRCP. (signed by Judge Gary L. Lancaster on 12/15/97) CM all parties of record. (plh) (Entered: 12/17/1997) |
| 12/16/1997 | 72 | STIPULATION of dismissal with proposed order. (plh) (Entered: 12/18/1997) |
| 12/17/1997 | | Jury Trial continued 12/17/97 before Judge Gary L. Lancaster (plh) (Entered: 12/18/1997) |
| 12/18/1997 | 73 | Jury Trial concluded on 12/17/97 before Lancaster, J. and jury, Court Reporter: Sandra Wenger, William Weber. Witness List attached (plh) (Entered: 12/18/1997) |
| 12/18/1997 | 74 | JURY RETURNS VERDICT for ALBERT T. CARLISLE (plh) (Entered: 12/18/1997) |
| 12/18/1997 | 75 | JUDGMENT for ALBERT T. CARLISLE against MATSON LUMBER CO, MATSON HARDWOODS in the sum of $110,000.00. (signed by Judge Gary L. Lancaster on 12/18/97) CM all parties of record. (plh) (Entered: 12/18/1997) |
| 12/18/1997 | | CLERK'S ENTRY OF JUDGMENT in favor of ALBERT T. CARLISLE and against MATSON LUMBER CO, MATSON HARDWOODS in the sum of $110.000.00 dollars. (plh) (Entered: 12/18/1997) |
| 12/18/1997 | | Case closed (plh) (Entered: 12/18/1997) |
| 01/05/1998 | 77 | MOTION by MATSON LUMBER CO, MATSON HARDWOODS for Stay of Proceedings to Enforce Adjustment with Proposed Order. (plh) Modified on 03/04/1998 (Entered: 01/06/1998) |
| 01/05/1998 | 78 | MOTION by MATSON LUMBER CO, MATSON HARDWOODS to Amend [75-1] judgment order under Rule 59 (e) of the FRCP with Proposed Order. (plh) (Entered: 01/06/1998) |
| 01/06/1998 | 76 | MOTION by MATSON LUMBER CO, MATSON HARDWOODS for New Trial under Rule 59 of FRCP with Proposed Order. (plh) (Entered: 01/06/1998) |
| 01/07/1998 | 79 | RESPONSE by ALBERT T. CARLISLE to [76-1] motion for New Trial under Rule 59 of FRCP by MATSON HARDWOODS, MATSON LUMBER CO, [78-1] motion to Amend [75-1] judgment order under Rule 59 (e) of the FRCP by MATSON HARDWOODS, MATSON LUMBER CO (plh) (Entered: 01/07/1998) |
| 01/07/1998 | 80 | REPLY by ALBERT T. CARLISLE to response to [76-1] motion for New Trial under Rule 59 of FRCP by MATSON HARDWOODS, MATSON LUMBER CO, [78-1] motion to Amend [75-1] judgment order under Rule 59 (e) of the FRCP by MATSON HARDWOODS, MATSON LUMBER CO (plh) (Entered: |

| Date | # | Description |
|---|---|---|
| | | 01/07/1998) |
| 01/08/1998 | | ORDER upon motion denying [76-1] motion for New Trial under Rule 59 of FRCP. (signed by Judge Gary L. Lancaster on 1/8/98) CM all parties of record. (plh) (Entered: 01/09/1998) |
| 01/08/1998 | | ORDER upon motion denying [77-1] motion for Stay of Proceedings to Enforce Adjudgment as moot. (signed by Judge Gary L. Lancaster on 1/8/98) CM all parties of record. (plh) (Entered: 01/09/1998) |
| 01/09/1998 | | ORDER upon motion denying [78-1] motion to Amend [75-1] judgment order under Rule 59 (e) of the FRCP. (signed by Judge Gary L. Lancaster on 1/8/98) CM all parties of record. (plh) (Entered: 01/09/1998) |
| 01/15/1998 | 81 | MOTION by MATSON LUMBER CO, MATSON HARDWOODS for Approval of a Supersedeas Bond , and to Stay of Execution on the Judgment Pending Appeal with Proposed Order. (plh) (Entered: 01/15/1998) |
| 01/15/1998 | 82 | TRANSCRIPT of Verdict before Lancaster, J. for date of 12/18/97. Court Reporter: William E. Weber. (plh) (Entered: 01/15/1998) |
| 01/15/1998 | 83 | TRANSCRIPT of Trial before Lancaster, J. for date of 12/17/97. Court Reporter: William E. Weber. (plh) (Entered: 01/15/1998) |
| 01/15/1998 | 84 | NOTICE OF APPEAL by MATSON LUMBER CO, MATSON HARDWOODS from [75-1] judgment order dated 12/18/97 FILING FEE $ 105. RECEIPT # 2995 TPO issued. (femp) (Entered: 01/15/1998) |
| 01/15/1998 | | Certified copy of Notice of Appeal [84-1] appeal by MATSON HARDWOODS, MATSON LUMBER CO , certified copy of docket, certified copy of verdict, cert. copy of judgment order dated 12/18/97 mailed to USCA; copy of Notice of Appeal and information sheet to counsel of record, court reporter(s), Wenger, Weber and Judge Lancaster. Copy of information sheet to appellant. (femp) (Entered: 01/15/1998) |
| 01/16/1998 | | ORDER upon motion granting [81-1] motion for Approval of a Supersedeas Bond in the amount of $125,000.00, granting [81-2] motion to Stay of Execution on the Judgment Pending Appeal ( signed by Judge Gary L. Lancaster on 1/15/98 ) CM all parties of record. (crw) (Entered: 01/20/1998) |
| 01/22/1998 | 85 | Transcript Purchase order re: [84-1] appeal by MATSON HARDWOODS, MATSON LUMBER CO ordering the transcripts from Sandra Wenger of the December 15 and 16, 1997 trail transcript (emc) (Entered: 01/22/1998) |
| 01/22/1998 | 86 | Transcript Purchase order re: [84-1] appeal by MATSON HARDWOODS, MATSON LUMBER CO ordering the trial transcript from William Weber of December 17 and 18, 1997 (emc) (Entered: 01/22/1998) |
| 01/28/1998 | | NOTICE of Docketing ROA from USCA Re: [84-1] appeal by MATSON HARDWOODS, MATSON LUMBER CO USCA Number: 98-3035 (crw) (Entered: 01/28/1998) |
| 02/23/1998 | 87 | TRANSCRIPT of trial before Lancaster, J. for date of 12/15/97. Court Reporter: Sandra Wenger. (plh) (Entered: 02/23/1998) |
| 02/23/1998 | 88 | TRANSCRIPT of trial testimony before Lancaster, J. for date of 12/16/97. Court Reporter: Sandra Wenger. (plh) (Entered: 02/23/1998) |

| | | |
|---|---|---|
| 02/23/1998 | | Record complete for Appeal purposes, certified copy of docket entries forwarded to USCA. (plh) (Entered: 02/23/1998) |
| 03/03/1998 | | RECEIPT from USCA of receiving docket entries on 2/27/98. (plh) (Entered: 03/03/1998) |
| 11/03/1998 | 89 | TRANSCRIPT of Hearing before Lancaster, J. for date of 12/12/97. Court Reporter: William E. Weber. (plh) (Entered: 11/03/1998) |
| 11/09/1998 | | RECEIPT from USCA of certified docket entries filed as the Certified List in Lieu of the 1st Supplement on 11/6/98. (plh) (Entered: 11/09/1998) |
| 04/14/1999 | 90 | Certified copy of JUDGMENT issued in lieu of a formal mandate received from USCA re: [84-1] appeal by MATSON HARDWOODS, MATSON LUMBER CO that the judgment of the DC entered 12/18/97 is hereby affirmed; costs taxed against appellants and Memorandum Opinion attached. (plh) Modified on 04/14/1999 (Entered: 04/14/1999) |
| 05/07/1999 | 91 | SATISFACTION OF JUDGMENT by ALBERT T. CARLISLE (plh) (Entered: 05/07/1999) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/28/2006 15:28:07 | | | |
| PACER Login: | ws0112 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:95-cv-00376-GLL |
| Billable Pages: | 6 | Cost: | 0.48 |