IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT T. CARLISLE, | ) |
| Plaintiff, | ) |
| v. | ) No. 95-0376 |
| MATSON LUMBER CO. and MATSON HARDWOODS, INC., | ) Judge Lancaster |
| Defendants. | ) |

### STIPULATION FOR DISMISSAL

NOW COME the undersigned, being all of the parties who have appeared in this action, by their counsel, and stipulate to the dismissal of Count V of Plaintiff's Complaint herein (Trespass) pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Scott M. Hare
Pa. I.D. No. 63818

Bartony Hare & Edson
Law & Finance Building
Suite 1801
429 Fourth Avenue



Pittsburgh, PA  15219

Tel:  (412) 338-8632
Fax:  (412) 338-6611

Attorney for Plaintiff
Albert T. Carlisle

_____
C.S. Fossee
Pa. I.D. No. 11435

Reale & Fossee, P.C.
22nd Floor, Lawyers Bldg.
428 Forbes Avenue
Pittsburgh, PA  15219

Attorneys for Defendants
Matson Lumber Co. and
Matson Hardwoods, Inc.

Date:    December 15, 1997

SO ORDERED, this 15th day of December, 1997.

_____
Gary L. Lancaster, U.S. District Judge

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Stipulation for Dismissal** was served in this matter on this 15th day of December, 1997 by first class United States mail, postage prepaid, to the following:

Chester S. Fossee, Esquire
Reale, Fossee, P.C.
22nd Floor, Lawyers Building
428 Forbes Avenue
Pittsburgh, PA  15219

Counsel for Defendants
Matson Lumber Company
and Matson Hardwoods, Inc.

*/s/ Scott Michael Hare*