IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALBERT T. CARLISLE,            )
      Plaintiff,        )
                          )    Civil Action No. 95-376
    vs.                   )
                          )
MATSON LUMBER CO. and          )
MATSON HARDWOOD, INC.,         )
      Defendants.       )

## V E R D I C T

1) Did the parties intend to grant the seller the right to harvest only the timber that then existed on the property in 1969?

        ✓
   ―――――――
      or

Did the parties intend to grant the seller the right to harvest not only the timber that then existed on the property in 1969, but also all the timber that will ever grow on the property in perpetuity (excluding those trees planted by Mr. Carlisle)?

   ―――――――



2) Did the parties intend to require the seller to give Mr. Carlisle 120 days notice only before they constructed their first road?

_____
or

Did the parties intend to require the seller to give Mr. Carlisle 120 days notice each time they constructed a new road in perpetuity?   ✓

3) Did the parties intend to create a no-cut zone along the banks of the waterways on the property including Spring Creek and Tom's Run?

Yes ✓         No _____

If Yes, what was the width of the no-cut zone on either side of the creeks?

___100___ feet

Did the Matson Lumber Company harvest trees in the no-cut zone?

Yes ✓         No _____

If Yes, what amount of damages do you award Mr. Carlisle?

$ _110,000_ 00/xx (One hundred and ten thousand)

2

Date:

_[signature]_
Foreperson

_[signature]_

_Billie L Andrea_

_David H. Hilliard_

_[signature]_

_Charles H. [signature]_

_[signature]_

AO 450 (Rev. 5/85) Judgment in a Civil Case

**CASE CLOSED**

# United States District Court

WESTERN DISTRICT OF PENNSYLVANIA

ALBERT T. CARLISLE

v.

MATSON LUMBER CO. and
MATSON HARDWOOD, INC.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C.A. 95-376

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment be and hereby is entered in favor of the plaintiff, Albert T. Carlisle, and against the defendants, Matson Lumber Co. and Matson Hardwood, Inc., in the amount of $110,000.00.

JUDGMENT SO ORDERED AND TO BE
ENTERED IN ACCORDANCE TO THE
VERDICT RENDERED BY THE JURY.

_____
GARY L. LANCASTER, U.S. DISTRICT JUDGE

December 18, 1997
Date

JAMES A. DRACH, CLERK OF COURT
Clerk

_____
(By) Deputy Clerk

AO 30 (Rev. 8/98) Certified Copy

# UNITED STATES DISTRICT COURT

_____WESTERN_____ DISTRICT OF _____PENNSYLVANIA_____

**CERTIFIED COPY**

I, _____ROBERT V. BARTH, JR._____, Clerk of the United States District Court, certify that the attached is a true and full copy of the original

<u>**CIVIL CASE 95-CV-376:**</u> Pleading #74, Verdict; Pleading #75, Judgment in a Civil Case.

now existing among the records of this Court.

In testimony whereof I sign my name, and affix the seal of this Court at

_____Pittsburgh_____, in this State, on _____9-8-05_____
City                                                                             Date

_____R.V. Barth, J._____                                  _____Edward Taylor_____
Clerk                                                                        (By) Deputy Clerk