

# THIS QUITCLAIM DEED

made and entered into as of the 6th day of May, in the year Two Thousand and Three (2003), by and between **DORA M. SQUATRITI, individually and as Executrix under the Last Will and Testament of MARION C. KINKEAD**, late of Warren, Pennsylvania, **GRANTOR,**

A
N
D

**MATSON LUMBER COMPANY**, a corporation organized and existing under the laws of the Commonwealth of Pennsylvania, with offices situate at 132 Main Street, Brookville, Pennsylvania 15825, **GRANTEE.**

WITNESSETH, that in consideration of the sum of One and 00/100 Dollar ($1.00), in hand paid, the receipt whereof is hereby acknowledged, the said Grantor does hereby remise, release and quitclaim to the said Grantee, ALL of the timber and trees, standing and fallen on all those certain tracts of land situate in Spring Creek Township, Warren County, Pennsylvania, bounded and described as follows:

TRACT NUMBER 1:

BEGINNING at the northeast corner at a hemlock tree; thence South, a distance of 136 rods to a post; thence West by lands formerly owned by W. A. Irvine to the corner of land formerly owned by Francis Bates; thence by lands formerly of the said Bates, a distance of 136 rods to a post; thence East by lands formerly of W. A. Irvine to the place of beginning; CONTAINING 64 acres and 155 rods, more or less.

TRACT NUMBER 2:

BEGINNING at a post and stones in the northwest corner of the lot hereby conveyed; thence East, a distance of 169 rods to a post; thence South, a distance of 101 rods to a post; thence East, a distance of 49.1 rods to a post; thence South, a distance of 110.7 rods to a post; thence West, a distance of 166 rods to a post; thence North, a distance of 62.7 rods to a post; thence West, a distance of 53.7 rods to a post; thence North, a distance of 149 rods to a post and stones, the place of beginning; CONTAINING 237 acres of land, more or less, and being part of Tract No. 363.



TRACT NUMBER 3:

BEGINNING at the northwest corner of said piece of land at a post; thence in a Southerly direction along the Morton Hill Road to the southwest corner of said piece of land; thence North 88-3/4° East, a distance of 134.6 rods to a hemlock; thence North 1-1/4° East, a distance of 131.4 rods to a post; thence South 89-3/4° West, a distance of 134.6 rods to a post, the place of beginning; CONTAINING about 105 acres, more or less.

TRACT NUMBER 4:

Being the homestead farm formerly of G. W. Nichols, and described in the three following Deeds: from Frank E. Bates and wife to C. W. Nichols dated March 21, 1890, and recorded as hereinafter set forth in Deed Book 68, page 81, as commencing at a post in the south line of said property; thence South 88-3/4° West by lands now or formerly of Smith, a distance of 55.5 perches to a post; thence North 1-1/4° West by the same to the State road, supposed to be about 145 rods; thence Eastwardly along the center of said road to the northwest corner of land deeded by Francis Bates to L. L. Bates; thence South 1-1/4° East along said lands now or formerly of L. L. Bates to a post, the place of beginning; supposed to contain about 55 or 54 acres of land out of Tract No. 303.

TRACT NUMBER 5:

The east one-half of 63 acres of land deeded from George Yeager to Francis Bates on July 5, 1850, and recorded on July 3, 1851, off of Tract Nos. 304 and 363.

TRACT NUMBER 6:

As described in a Deed from L. L. Bates and wife to C. W. Nichols dated February 21, 1886, commencing in the center of the State Road and the center of the Morton Hill Road at the junction of those two roads; thence South 1-1/4° East by land now or formerly of Cordelia Leonard and W. A. Irvine, a distance of 185.5 rods to a beech, the southeast corner of the now or formerly Francis Bates home farm; thence South 88-3/4° West along the south line of said farm, a distance of 51 rods to a post; thence North 1-1/4° West to the State Road; thence Eastwardly along the center of said road to the center of said Morton Hill Road, the place of beginning, supposed to contain about 53 acres of land.

2

TRACT NUMBER 7:

On the North by land above described; on the East by land now or formerly of F. E. Bates; on the South by land formerly of C. W. Nichols; and on the West by land now or formerly of M. Smith; CONTAINING about 31-1/2 acres of land; and also so much of the land described in a Deed from S. D. I. Newbold to the said C. W. Nichols dated March 22, 1888, and recorded in Deed Book 64, page 136, as lies west of the Morton Hill Road, and adjoining the lands hereinabove described.

TRACT NUMBER 8:

On the South by lands now or formerly owned by W. A. Irvine's heirs; on the West by the Morton Hill Road and land formerly owned by George Bates; on the North by land formerly owned by Mrs. Elias Wood; and on the East by the station road and lands formerly owned by Lewis Stoddard; CONTAINING 68 acres, 59 rods of land, more or less, out of Tract No. 304.

TRACT NUMBER 9:

On the North by land of Whitely; on the East by land formerly of Greeley; on the South by lands formerly owned by W. A. Irvine; and on the West by lands conveyed to C. W. Nichols by F. J. Jones and wife, and a public road leading to Spring Creek R.R. Station and lands now or formerly of Stoddard; CONTAINING 44 acres, more or less.

TRACT NUMBER 10:

On the North by land now or formerly of Tom Forbes; on the East by land formerly of W. A. Irvine and L. S. Clough; on the South by lands formerly of William Morton, now or formerly L. S. Clough; CONTAINING 45 acres, more or less.

TRACT NUMBER 11:

Part of Tract No. 310, described as follows: BEGINNING in the center of the State Road at a point where the same crosses the tract line between lands formerly of Sarah D. I. Newbold and that now or formerly of L. Greeley; thence South 01° 45' East, a distance of 88 rods to a post, the southwest corner of Tract No. 310; thence North 88° 45' East along the southerly line of Tract No. 310, a distance of 81 rods to a post in said tract line; thence North 2° West, a distance of 109-1/2 rods to a post in the center of the State Road; thence Westerly along the center of said road,

3

a distance of 84.3 rods to the place of beginning; CONTAINING 50 acres of land, more or less.

TRACT NUMBER 12:

BEGINNING at a point in the center of the State Road at the northeast corner of land heretofore conveyed by S. S. Wead; and running thence South 02° East, a distance of 112.6 rods to a post at the southeast corner of said Wead's land, and in the south line of Tract No. 310; thence North 88-3/4° East, a distance of 350 rods to the western bank of the Big Brokenstraw Creek at low water mark; thence Northwesterly along the western bank of the Big Brokenstraw Creek at low water mark to the center of the State Road; thence Southwesterly along the center of the State Road, to the place of beginning; CONTAINING 214 acres, 104 perches of land, more or less, and being a part of Tract No. 310. The land herein conveyed to include all of the land lying west of the Big Brokenstraw Creek belonging to Mrs. S. D. I. Newbold in said tract. Also, all of the islands in that part of Big Brokenstraw Creek which lie east of the foregoing described land.

TRACT NUMBER 13:

BEGINNING at the northwest corner of Tract No. 313; thence extending due East along the north line of said tract, a distance of 91.9 perches to the corner of land formerly of E. Jackson; thence due South along the same, a distance of 135 perches to the southwest corner of said Jackson's land; thence due West, a distance of 94 perches to the west line of said tract; thence due North along said line, a distance of 135 perches to the place of beginning; CONTAINING 78 acres and 41 perches, more or less, being the northwest corner of Tract No. 313. Being land conveyed to L. S. Clough by Dan A. Geiger and wife by Deed dated October 1, 1906, and recorded in Deed Book 105, page 260.

TRACT NUMBER 14:

On the North by lands formerly of Miles and Watts; on the East by the eastern line of the tract; on the South by the southern line of the tract; on the West by lands formerly of Yeager and Miles and Watts. Being 51 acres 18 perches from the southeast side of Tract No. 304, as conveyed to L. S. Clough by Deed of J. V. Kinyon dated March 30, 1911, and recorded in Deed Book 114, page 397.

TRACT NUMBER 15:

BEGINNING at the northwest corner of the whole Tract No. 314; thence South by the west line of the tract, a distance of 159 rods to a post; thence East, a distance of 53 rods, 8 links to a post; thence North by the residue of the tract, a distance of 159 rods to a post in the north line of the tract; thence West along the north line of the tract, 53 rods and 8 links to the place of beginning; CONTAINING 50 acres and allowance.

TRACT NUMBER 16:

BEGINNING at the northwest corner of the tract conveyed at a post; thence East by land formerly of Sager, a distance of 50.7 perches to lands formerly of Jackson; thence South by land formerly of Jackson, a distance of 201 perches to land formerly of Irvine; thence West by lands formerly of Irvine, a distance of 50.7 perches to a post; thence North by lands formerly of Irvine and lands formerly of Yager, a distance of 201 perches to the place of beginning; CONTAINING 60 acres, more or less, being part of Tract No. 363.

SUBJECT to rights of way for electric lines granted to Pennsylvania Electric Company by instruments dated October 15, 1957 and November 29, 1957, and recorded respectively in Deed Book 291, page 460, and Deed Book 292, page 140.

EXCEPTING AND RESERVING that portion of said premises which was conveyed by Robert M. Kinkead and wife, to Charles A. Williams and wife, by Deed dated June 6, 1958, and recorded in Deed Book 294, page 475.

TOGETHER WITH a full release for all timber and trees whensoever cut and removed from the above-described tracts.

TOGETHER WITH any and all rights of entry on and over the above-described tracts for the purpose of cutting, skidding, piling and removing said timber

BEING any timber and trees and removal rights which may have been either excepted and reserved by Marion C. Kinkead or may have reverted to Marion C. Kinkead by virtue of the following Deeds:

1. Deed from Marion C. Kinkead, widow, to Fisher & Young, Inc., dated March 27, 1969, and recorded in the Office of the Recorder of Deeds for Jefferson County, Pennsylvania, in Deed Book 357, page 349;

2. Deed from Marion C. Kinkead, widow, by Fisher & Young, Inc., dated April 20, 1973, and recorded as aforesaid in Deed Book 376, page 939.

The said Marion C. Kinkead died testate on July 14, 1988. Her Last Will and Testament was duly probated in the Office of the Register of Wills for Warren County, Pennsylvania, in Will Book 73, page 701. Letters Testamentary were issued to Dora M. Squatriti by the Register of Wills for Warren County, Pennsylvania on July 18, 1988. (Estate No. 21,581)

By her Last Will and Testament, the said Marion C. Kinkead devised her entire estate to her daughter, Dora M. Squatriti.

To comply with the Pennsylvania Realty Transfer Tax Act, it is hereby certified that the within transfer is exempt from tax pursuant to Section 1102-C.3 (4).

IN WITNESS WHEREOF, the said Grantor has hereunto set her hand and seal as of the day and year first above written.

_____(SEAL)
Dora M. Squatriti

_____(SEAL)
Dora M. Squatriti, Executrix under the
Last Will and Testament of Marion C.
Kinkead

I hereby certify the precise address of the within named Grantee to be:

132 Main Street, Brookville, PA 15825

_____
Attorney for Grantee

6

COMMONWEALTH OF PENNSYLVANIA,

COUNTY OF WARREN,          ss:

On this, the 22nd day of May, 2003, before me, the undersigned officer, personally appeared Dora M. Squatriti, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained.

In Witness Whereof, I hereunto set my hand and official seal.

*Leslie A. Goldthwaite*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Leslie A. Goldthwaite, Notary Public
City Of Warren, Warren County
My Commission Expires May 22, 2007
Member, Pennsylvania Association Of Notaries


COMMONWEALTH OF PENNSYLVANIA,

COUNTY OF WARREN,    ss:

On this, the 22nd day of May, 2003, before me, the undersigned officer, personally appeared Dora M. Squatriti, Executrix under the Last Will and Testament of Marion C. Kinkead, deceased, known to me (or satisfactorily proven) to be the person described in the foregoing instrument and acknowledged that she executed the same in the capacity therein stated and for the purposes therein contained.

In Witness Whereof, I hereunto set my hand and official seal.

*Leslie A. Goldthwaite*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Leslie A. Goldthwaite, Notary Public
City Of Warren, Warren County
My Commission Expires May 22, 2007
Member, Pennsylvania Association Of Notaries