IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALBERT T. CARLISLE, Plaintiff | : | |
| | : | |
| VS. | : | NO. 04-25 ERIE |
| | : | |
| BARTONY, HARE & EDSON, SCOTT M. HARE, ESQUIRE, HENRY E. BARTONY, JR., ESQUIRE, AND JOHN JOY V. EDSON, ESQUIRE | : : : : | JUDGE GARY LANCASTER |

PLAINTIFF'S APPENDIX

I. DEPOSITION EXCERPTS:

A. LAINARD BUSH (2/3/06) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 001

B. ALBERT CARLISLE (2/23/06) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 018

C. JOHN C. DENNISON, ESQUIRE (2/9/06) . . . . . . . . . . . . . . . . . . . . . 130

D. JOHN JOY EDSON, ESQUIRE (2/1/06) . . . . . . . . . . . . . . . . . . . . . . . 171

E. CHESTER FOSSEE, ESQUIRE (2/20/06) . . . . . . . . . . . . . . . . . . . . . 182

F. JAMES HALL (2/3/06) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 218

G. SCOTT M. HARE, ESQUIRE (I, 9/1/05) . . . . . . . . . . . . . . . . . . . . . . 226

H. SCOTT M. HARE, ESQUIRE (II, 3/15/06) . . . . . . . . . . . . . . . . . . . . . 344

I. JOHN S. KOOKOGEY, ESQUIRE (8/16/05) . . . . . . . . . . . . . . . . . . . 382

J. PETER J. KREMBS, ESQUIRE (2/21/06) . . . . . . . . . . . . . . . . . . . . . 433

K. LAURI L. SEKERAK (2/28/06) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 461

II. <u>DEPOSITION EXHIBITS</u>:

    A.   <u>LAINARD BUSH</u>:

        1.   HARE'S JUNE 23, 1998 LETTER TO LAINARD BUSH WITH HARE PRAECIPE FOR WRIT OF SUMMONS (EXHIBIT #2) .............. 480

        2.   PRAECIPE FOR WRIT OF SUMMONS (EXHIBIT #3) .............. 483

    B.   <u>ALBERT CARLISLE</u>:

        1.   MAY 6, 2003 QUITCLAIM DEED (EXHIBIT I) .............. 485

        2.   FEBRUARY 11, 1971 WARREN LETTER TO KOOKOGEY (EXHIBIT L) .............. 492

    C.   <u>JOHN C. DENNISON, ESQUIRE</u>:

        1.   APRIL 1, 1973 FISHER & YOUNG, INC. TO FISHER & YOUNG HARDWOODS, INC. TIMBER DEED (EXHIBIT #2) .............. 494

        2.   LIST OF EXHIBITS (EXHIBIT #11) .............. 497

        3.   DENNISON'S MAY 8, 2003 LETTER TO MARK A. TURBESSI, ESQUIRE (EXHIBIT #15) .............. 503

    D.   <u>CHESTER FOSSEE, ESQUIRE</u>:

        1.   LIST OF EXHIBITS (EXHIBIT #3) .............. 505

            a.   MARCH 27, 1969 KINKEAD TO FISHER & YOUNG, INC. DEED .............. 511
            b.   APRIL 1, 1968 KINKEAD TO FISHER & YOUNG, INC. ARTICLES OF AGREEMENT (REAL ESTATE) .............. 515
            c.   APRIL 1, 1968 KINKEAD TO FISHER & YOUNG, INC. ARTICLES OF AGREEMENT (TIMBER) .............. 517
            d.   JANUARY 16, 1969 KOOKOGEY TO WARREN LETTER .............. 519
            e.   HANDWRITTEN NOTE .............. 521
            f.   HANDWRITTEN NOTE .............. 522

      g.    FEBRUARY 11, 1970 KOOKOGEY TO
           WARREN LETTER .................................. 523
      h.    TOTAL VALUE 737 TIMBERLAND ACRES ........ 525
      i.     HANDWRITTEN NOTE ........................ 526
      j.     JANUARY 26, 1971 KOOKOGEY
           TO WARREN LETTER ......................... 527
      k.    FEBRUARY 11, 1971 WARREN
           TO KOOKOGEY LETTER ...................... 528

2.    JANUARY 9, 1970 FISHER & YOUNG, INC.
       TO CARLISLE DEED (EXHIBIT #4) ..................... 530

3.    JANUARY 20, 1970 FISHER & YOUNG, INC.
       TO CARLISLE (EXHIBIT #5) ......................... 535

4.    APRIL 20, 1973 KINKEAD TO
       FISHER & YOUNG, INC. TIMBER DEED
       (EXHIBIT #6) ..................................... 545

5.    APRIL, 1968 KINKEAD TO
       FISHER & YOUNG, INC. ARTICLES
       OF AGREEMENT (TIMBER) (EXHIBIT #7) ............... 549

6.    MARCH 21, 1996 FOSSEE LETTER TO
       CHARLES D. SHEEHY (EXHIBIT #8) ................... 550

7.    MATSON LUMBER COMPANY-
       FISHER & YOUNG/CLOUGH FARM TRACT
       NOVEMBER, 1988 THROUGH APRIL, 1995
       LOG RECEIPTS (EXHIBIT #9) ........................ 553

8.    OCTOBER 30, 1987 KOOKOGEY LETTER
       TO ROBERT MATSON (EXHIBIT #12) ................... 554

9.    DECEMBER 19, 1997 VERDICT IN
       FEDERAL ACTION (EXHIBIT #13) ..................... 556

10.   DECEMBER 23, 1997 FOSSEE LETTER
       TO CHARLES D. SHEEHY (EXHIBIT #14) ............... 561

11.   DECEMBER 19, 1986 KOOKOGEY
       CERTIFICATE OF TITLE (EXHIBIT #15) ............... 568

12.   DECEMBER 16, 1986 KOOKOGEY
       LETTER TO DENNISON (EXHIBIT #16) ................. 570

E.   JAMES HALL:

  1.   HALL'S MAY 2, 1997 REPORT TO HARE (EXHIBIT #1) .... 573

  2.   TIMBER IN NO-CUT ZONE BY HALL (EXHIBIT #2) ........ 582

  3.   HALL OCTOBER 7, 2005 REPORT
       TO CONNER (EXHIBIT #3) ............................ 583

F.   SCOTT HARE, ESQUIRE I:

  1.   JUNE 30, 1988 MATSON LETTER
       TO CARLISLE (EXHIBIT #2) .......................... 585

  2.   DECEMBER 10, 1970 WARREN LETTER
       TO KOOKOGEY (EXHIBIT #7) .......................... 586

  3.   NOVEMBER 3, 1994 HARE TO CARLISLE
       MEMORANDUM (EXHIBIT #8) ........................... 587

  4.   HARE'S PROJECTED LITIGATION BUDGET
       FOR CARLISLE TIMBER MATTER (EXHIBIT #9) ........... 599

  5.   HANDWRITTEN NOTE (EXHIBIT #10) .................... 600

  6.   MARCH 31, 1997 HANDWRITTEN NOTE (EXHIBIT #11) ... 601

  7.   COMPLAINT IN FEDERAL ACTION (EXHIBIT #12) ........ 602

  8.   PLAINTIFF'S PRE-TRIAL NARRATIVE
       STATEMENT IN FEDERAL ACTION (EXHIBIT #13) ........ 628

  9.   MAY 2, 197 HALL TO HARE REPORT (EXHIBIT #15 ....... 645

  10.  MAY 7, 1979 HARE LETTER TO CARLISLE
       ENCLOSING PLAINTIFF'S SUPPLEMENTAL
       PRE-TRIAL NARRATIVE STATEMENT IN
       FEDERAL ACTION (EXHIBIT #16) ...................... 654

  11.  JUNE 24, 1997 HARE TO FOSSEE
       LETTER (EXHIBIT #17) .............................. 667

  12.  JULY 21, 1997 FOSSEE TO HARE
       LETTER (EXHIBIT #18) .............................. 668

13. OCTOBER 23, 1997 HALL REPORT
    TO HARE (EXHIBIT #19) .............................. 669

14. TIMBER IN NO-CUT ZONE BY HALL (EXHIBIT #20) ....... 677

15. STIPULATION FOR DISMISSAL OF
    FEDERAL ACTION (EXHIBIT #21) ..................... 678

16. DECEMBER 17, 1997 FEDERAL ACTION
    TRIAL TRANSCRIPT (EXCERPTS) (EXHIBIT #22) ........ 681

17. MARCH 23, 1998 HARE TO CARLISLE
    LETTER ENCLOSING MEDIATION
    STATEMENT TO THE THIRD CIRCUIT
    (EXHIBIT #23) .................................... 685

18. JUNE 23, 1998 HARE LETTER TO
    BUSH ENCLOSING PRAECIPE FOR
    WRIT OF SUMMONS (EXHIBIT #24) .................... 693

19. PRAECIPE FOR WRIT OF SUMMONS (EXHIBIT #25) ...... 696

20. HANDWRITTEN NOTE (EXHIBIT #26) .................. 698

21. HANDWRITTEN NOTE (EXHIBIT #27) .................. 699

22. HANDWRITTEN NOTE (EXHIBIT #28) .................. 700

23. 42 Pa.C.S.A. §5535 (EXHIBIT #29) ................ 701

24. JUNE 15, 1998 HARE LETTER TO
    CARLISLE (EXHIBIT #31) ........................... 702

25. SUMMARY OF BARTONY & HARE
    BILLINGS TO CARLISLE REGARDING
    PA FARM TIMBER RIGHTS (127/94
    THROUGH MARCH 17, 1999) (EXHIBIT #32) ............ 704

26. HANDWRITTEN NOTE (EXHIBIT #37) .................. 705

27. APRIL 1, 1968 KINKEAD TO
    FISHER & YOUNG, INC. REAL ESTATE
    ARTICLES OF AGREEMENT (EXHIBIT #41) ............. 706

28. MARCH 27, 1969 KINKEAD TO
    FISHER & YOUNG, INC. DEED (EXHIBIT #42) ............ 714

29. APRIL 1, 1968 KINKEAD TO FISHER & YOUNG,
    INC. TIMBER ARTICLES OF AGREEMENT
    (EXHIBIT #43) ............ 718

30. APRIL 20, 1973 KINKEAD TO FISHER & YOUNG
    TIMBER DEED (EXHIBIT #44) ............ 720

31. JANUARY 19, 1970 FISHER & YOUNG, INC.
    TO CARLISLE DEED (EXHIBIT #45) ............ 724

32. PLAINTIFF'S FIRST REQUEST FOR
    PRODUCTION OF DOCUMENTS IN
    FEDERAL ACTION (EXHIBIT #46) ............ 729

33. DEFENDANTS' RESPONSE TO REQUEST
    FOR PRODUCTION OF DOCUMENTS IN
    FEDERAL ACTION (EXHIBIT #47) ............ 740

34. PENNSYLVANIA STATUTES (EXHIBIT #49) ............ 744

35. HANDWRITTEN NOTE (EXHIBIT #51) ............ 754

36. FEBRUARY 7, 1999 HARE BILL TO
    CARLISLE (EXHIBIT #54) ............ 755

G. JOHN S. KOOKOGEY, ESQUIRE:

   1. HANDWRITTEN NOTE (EXHIBIT #16) ............ 757

   2. HANDWRITTEN NOTE (EXHIBIT #17) ............ 758

H. PETER J. KREMBS, ESQUIRE:

   1. COMPLAINT IN WARREN ACTION (EXHIBIT F) ............ 759

I. LAURI L. SEKERAK:

   1. TITLE ABSTRACT (PAGE 1) OF CARLISLE'S
      CLOUGH FARM AS OF JANUARY 19, 1970 ............ 772

   2. APRIL 20, 1973 KINKEAD TO
      FISHER & YOUNG, INC. DEED (EXHIBIT #4) ............ 773

3. TITLE ABSTRACT (PAGE 1) OF CARLISLE'S CLOUGH FARM AS OF JANUARY 19, 1970 (EXHIBIT #5) ........................................... 777

4. TITLE ABSTRACT (2 PAGES) OF CARLISLE'S CLOUGH FARM AS OF JANUARY 19, 1970 (EXHIBIT #9) ........................................... 778