```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALBERT T. CARLISLE,           )
    Plaintiff,                )
                              )
    v.                        ) Civil Action No. 04-25 ERIE
                              )
BARTONY, HARE AND EDSON,      )
SCOTT M. HARE, HENRY E.       )
BARTONY, JR., and JOHN        )
JOY V. EDSON,                 )
    Defendants.               )
```

## JUDGMENT ORDER

AND NOW, this 2nd day of August, 2006, IT IS HEREBY ORDERED that judgment is entered in favor of defendants, Bartony, Hare and Edson, Scott M. Hare, Henry E. Bartony, Jr., and John Joy V. Edson, and against plaintiff, Albert T. Carlisle.

                                          BY THE COURT:

                                        s/Gary L. Lancaster
_____  Gary L. Lancaster,
                                        United States District Judge

cc:  All Counsel of Record