IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT T. CARLISLE, Plaintiff | : |
| V. | : No. CA 04 - 25 Erie |
| BARTONY, HARE AND EDSON, SCOTT M. HARE, ESQUIRE, HENRY E. BARTONY, JR., ESQUIRE and JOHN JOY V. EDSON, ESQUIRE, Defendants | : JUDGE LANCASTER |

### NOTICE OF APPEAL

Notice is hereby given that Albert T. Carlisle, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the memorandum Orders dated August 2, 2006.

Respectfully submitted,

CONNER RILEY & FRYLING

BY _[signature]_
ANDREW J. CONNER, ESQUIRE
PA SUPREME COURT ID #05415
17 West Tenth Street
P.O. Box 860
Erie, PA 16512-0860
(814) 453-3343

ATTORNEY FOR PLAINTIFF

Dated:  August 23, 2006.