```
      UNITED STATES
      DISTRICT COURT
  WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

    # 06000477 - JD
    August 23, 2006


   Code    Case #    Qty      Amount

  APPEAL D 04-25 ca e   1 @  455.00
                             455.00 CC


  TOTAL→                     455.00



  FROM: ANDREW CONNER
        CONNER LAW FIRM
```

CA 04-25 E
appeal docket fee
receipt # 06000477